1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11
12
13 LANGSTON H. HUBBARD,         )    No. CV 10-7381-JST (PLA)
                                 )

14                  Petitioner,  )

15                  )    **ORDER ADOPTING MAGISTRATE**
      v.            )    **JUDGE'S REPORT AND**

16                  )    **RECOMMENDATION**
F. FIGUEROA,             )

17                Respondent.  )
                                 )

18
19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

20 magistrate judge's report and recommendation, and petitioner's objections to the report and

21 recommendation.  The Court agrees with the recommendations of the magistrate judge.

22       ACCORDINGLY, IT IS ORDERED:

23       1.     The report and recommendation is adopted.

24       2.     Judgment shall be entered consistent with this order.

25       3.     The clerk shall serve this order and the judgment on all counsel or parties of record.

26
27 DATED: June 15, 2011                **JOSEPHINE STATON TUCKER**

28                                   HON. JOSEPHINE STATON TUCKER
                                  UNITED STATES DISTRICT JUDGE