1
2
3
4
5
6
7  **UNITED STATES DISTRICT COURT**
8  **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**
10
11  LANGSTON H. HUBBARD,                    )      No. CV 10-7381-JST (PLA)
                                            )
12               Petitioner,                )      **JUDGMENT**
                                            )
13        v.                                )
                                            )
14  F. FIGUEROA,                            )
                                            )
15               Respondent.                )
                                            )
16  _____)
17        Pursuant to the order adopting the magistrate judge's report and recommendation,
18  IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.
19
20  DATED: June 15, 2011                          **JOSEPHINE STATON TUCKER**
21                                                HON. JOSEPHINE STATON TUCKER
                                                  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28